# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARK TIGER,<br><br>    Plaintiff,<br><br>v.<br><br>VERIZON COMMUNICATIONS INC.;<br>and VERIZON PENNSYLVANIA LLC,<br><br>    Defendants. | 2:23-cv-1618 |

## ORDER

**AND NOW**, this **7th day of February, 2025**, for the reasons stated in the foregoing opinion, the Court **GRANTS** Defendants' motion to dismiss (ECF 22) Mr. Tiger's first amended complaint (ECF 18). The Court dismisses the complaint without prejudice, for lack of subject-matter jurisdiction, and **DENIES WITHOUT PREJUDICE AS MOOT** the remaining grounds for dismissal raised in the motion to dismiss.

Date: February 7, 2025

BY THE COURT:

/s/ J. Nicholas Ranjan
United States District Judge